# Invoice

**Applied Biologics, LLC**
**8444 N 90th St.**
**Ste 115**
**Scottsdale, AZ 85258**

| | |
|---|---|
| Invoice #: | 1846 |
| Date: | 1/12/2024 |
| Due Date: | 2/11/2024 |
| Terms: | Net 30 |
| P.O. Number: | 2024-MED111 |
| Rep | PT |
| Physician | Not Reported |
| Implant Date | |
| MRN# | |
| Procedure | Not Reported |
| Ship: | 1/11/2024 |
| Via: | UPS |
| Notes: | |

**Bill To**

Accounts Payable
Mendivil Clinic for Foot and Ankle
12339 Chianti Dr
El Paso, TX 79928

**Ship To**

Mendivil Clinic for Foot and Ankle
12339 Chianti Dr
El Paso, TX 79928

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| XWRAP - 2x4cm | XWO-60204 XWRAP-WOM 2x4cm<br>Serial Numbers: 23-00019-014EXPDATE4.13.2028,<br>23-00019-015EXPDATE4.13.2028 | 2 | 18,800.00 | 37,600.00 |
| XWRAP - 4x8cm | XWO-60408 XWRAP-WOM 4x8cm<br>Serial Number: 21-00048-016EXPDATE9.28.2026 | 1 | 75,200.00 | 75,200.00 |
| Shipping Fee | Shipping Fee | 1 | 115.00 | 115.00 |

It's been a pleasure working with you!

| Total | $112,915.00 |
|---|---|

EXHIBIT 1

# Invoice

**Applied Biologics, LLC**
**8125 N 86th Pl**
**Scottsdale, AZ 85258**

| | |
|---|---|
| Invoice #: | 1855 |
| Date: | 1/19/2024 |
| Due Date: | 2/18/2024 |
| Terms: | Net 30 |
| P.O. Number: | 2024-MEN118 |
| Physician: | Mendivil DPM, Jason |
| Implant Date: | |
| MRN#: | |
| Procedure: | Ortho-Lower |
| Ship: | 1/18/2024 |
| Via: | UPS |
| Notes: | |

**Bill To**

Accounts Payable
Mendivil Clinic for Foot & Ankle
13472 Eastlake Blvd
Suite A
Horizon City, TX 79928

**Ship To**

Mendivil Clinic for Foot and Ankle
Dr Mendivil
12339 Chianti Dr
El Paso, TX 79928

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| XWRAP-2x4cm | XWO-60204 XWRAP-WOM 2x4cm<br>Serial Numbers: 23-00023-014EXPDATE4.20.2028,<br>23-00026-011EXPDATE4.26.2028 | 2 | 18,800.00 | 37,600.00 |
| Shipping Fee | Shipping Fee | 1 | 105.00 | 105.00 |

It's been a pleasure working with you!

| | |
|---|---|
| **Total** | **$37,705.00** |

# Invoice

**Applied Biologics, LLC**
**8125 N 86th Pl**
**Scottsdale, AZ 85258**

| | |
|---|---|
| Invoice #: | 1868 |
| Date: | 1/26/2024 |
| Due Date: | 2/25/2024 |
| Terms: | Net 30 |
| P.O. Number: | Not Provided |
| Physician: | Mendivil DPM, Jason |
| Implant Date: | |
| MRN#: | |
| Procedure: | Ortho-Lower |
| Ship: | 1/24/2024 |
| Via: | UPS |
| Notes: | |

**Bill To**

Accounts Payable
Mendivil Clinic for Foot & Ankle
13472 Eastlake Blvd
Suite A
Horizon City, TX 79928

**Ship To**

Mendivil Clinic for Foot and Ankle
Dr Mendivil
12339 Chianti Dr
El Paso, TX 79928

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| XWRAP-2x4cm | XWO-60204 XWRAP-2x4cm<br>Serial Numbers: 23-00026-012EXPDATE4.26.2028,<br>23-00026-013EXPDATE4.26.2028,<br>23-00026-014EXPDATE4.26.2028,<br>23-00026-015EXPDATE4.26.2028,<br>23-00026-016EXPDATE4.26.2028,<br>23-00026-017EXPDATE4.26.2028,<br>23-00026-018EXPDATE4.26.2028,<br>23-00026-019EXPDATE4.26.2028,<br>23-00026-020EXPDATE4.26.2028,<br>23-00026-021EXPDATE4.26.2028 | 10 | 22,560.00 | 225,600.00 |
| Shipping Fee | Shipping Fee | 1 | 130.00 | 130.00 |

It's been a pleasure working with you!

| | |
|---|---|
| **Total** | **$225,730.00** |

# Invoice

**Applied Biologics, LLC**
**8444 N 90th St.**
**Ste 115**
**Scottsdale, AZ 85258**

| | |
|---|---|
| Invoice #: | 2103 |
| Date: | 3/5/2024 |
| Due Date: | 4/4/2024 |
| Terms: | Net 30 |
| P.O. Number: | 2024-Men31 |
| Rep | PT |
| Physician | Not Reported |
| Implant Date | |
| MRN# | |
| Procedure | Not Reported |
| Ship: | 3/1/2024 |
| Via: | UPS |
| Notes: | |

**Bill To**

Accounts Payable
Mendivil Clinic for Foot and Ankle
12339 Chianti Dr
El Paso, TX 79928

**Ship To**

Mendivil Clinic for Foot and Ankle
Dr Mendivil
12339 Chianti Dr
El Paso, TX 79928

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| XWRAP-4x4cm | XWO-60404 XWRAP-4x4cm<br>Serial Numbers: 23-00043-011EXPDATE5.22.2028,<br>23-00043-012EXPDATE5.22.2028,<br>23-00043-013EXPDATE5.22.2028,<br>23-00043-014EXPDATE5.22.2028,<br>23-00043-015EXPDATE5.22.2028,<br>23-00043-016EXPDATE5.22.2028 | 6 | 45,120.00 | 270,720.00 |
| Shipping Fee | Shipping Fee | 1 | 40.00 | 40.00 |

It's been a pleasure working with you!

| | Total | $270,760.00 |
|---|---|---|

# Invoice

**Applied Biologics, LLC**
**8444 N 90th St.**
**Ste 115**
**Scottsdale, AZ 85258**

| | |
|---|---|
| Invoice #: | 2240 |
| Date: | 3/14/2024 |
| Due Date: | 4/13/2024 |
| Terms: | Net 30 |
| P.O. Number: | Not Provided |
| Rep | PT |
| Physician | Not Reported |
| Implant Date | |
| MRN# | |
| Procedure | Not Reported |
| Ship: | 3/12/2024 |
| Via: | UPS |
| Notes: | |

**Bill To**

Accounts Payable
Mendivil Clinic for Foot and Ankle
12339 Chianti Dr
El Paso, TX 79928

**Ship To**

Mendivil Clinic for Foot and Ankle
Dr Mendivil
12339 Chianti Dr
El Paso, TX 79928

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| XWRAP-2x4cm | XWO-60204 XWRAP-2x4cm<br>Serial Numbers: 23-00041-004EXPDATE5.17.2028,<br>23-00041-005EXPDATE5.17.2028,<br>23-00041-006EXPDATE5.17.2028,<br>23-00041-007EXPDATE5.17.2028,<br>23-00041-008EXPDATE5.17.2028,<br>23-00042-001EXPDATE5.17.2028,<br>23-00042-002EXPDATE5.17.2028,<br>23-00042-003EXPDATE5.17.2028,<br>23-00042-004EXPDATE5.17.2028,<br>23-00042-005EXPDATE5.17.2028,<br>23-00042-006EXPDATE5.17.2028,<br>23-00042-007EXPDATE5.17.2028 | 12 | 22,560.00 | 270,720.00 |
| Shipping Fee | Shipping Fee | 1 | 45.00 | 45.00 |

It's been a pleasure working with you!

| | |
|---|---|
| **Total** | **$270,765.00** |

# Invoice

**Applied Biologics, LLC**
**8444 N 90th St.**
**Ste 115**
**Scottsdale, AZ 85258**

| | |
|---|---|
| Invoice #: | 3090 |
| Date: | 4/23/2024 |
| Due Date: | 5/23/2024 |
| Terms: | Net 30 |
| P.O. Number: | Not Provided |
| Rep | PT |
| Physician | Not Reported |
| Implant Date | |
| MRN# | |
| Procedure | Not Reported |
| Ship: | 4/17/2024 |
| Via: | UPS |
| Notes: | |

**Bill To**

Accounts Payable
Mendivil Clinic for Foot and Ankle
12339 Chianti Dr
El Paso, TX 79928

**Ship To**

Mendivil Clinic for Foot and Ankle
Dr Mendivil
12339 Chianti Dr
El Paso, TX 79928

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| XWRAP-4x4cm | XWO-60404 XWRAP-4x4cm<br>Serial Numbers: 23-00056-029EXPDATE6.13.2028,<br>23-00056-030EXPDATE6.13.2028,<br>23-00056-031EXPDATE6.13.2028,<br>23-00056-032EXPDATE6.13.2028,<br>23-00056-033EXPDATE6.13.2028,<br>23-00056-034EXPDATE6.13.2028,<br>23-00056-035EXPDATE6.13.2028,<br>23-00056-036EXPDATE6.13.2028,<br>23-00056-037EXPDATE6.13.2028,<br>23-00056-038EXPDATE6.13.2028 | 10 | 45,120.00 | 451,200.00 |
| Shipping Fee | Shipping Fee | 1 | 125.00 | 125.00 |

It's been a pleasure working with you!

| | | |
|---|---|---|
| | Total | $451,325.00 |

# Invoice

**Applied Biologics, LLC**
**8444 N 90th St.**
**Ste 115**
**Scottsdale, AZ 85258**

| | |
|---|---|
| Invoice #: | 4040 |
| Date: | 5/24/2024 |
| Due Date: | 6/23/2024 |
| Terms: | Net 30 |
| P.O. Number: | Not Provided |
| Rep | PT |
| Physician | Not Reported |
| Implant Date | |
| MRN# | |
| Procedure | Not Reported |
| Ship: | 5/23/2024 |
| Via: | UPS |
| Notes: | |

**Bill To**

Accounts Payable
Mendivil Clinic for Foot and Ankle
12339 Chianti Dr
El Paso, TX 79928

**Ship To**

Mendivil Clinic for Foot and Ankle
Dr Mendivil
12339 Chianti Dr
El Paso, TX 79928

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| XWRAP-2x4cm | XWO-60204 XWRAP-2x4cm<br>Serial Numbers: 23-00071-006EXPDATE7.5.2028,<br>23-00071-007EXPDATE7.5.2028,<br>23-00071-008EXPDATE7.5.2028,<br>23-00071-009EXPDATE7.5.2028,<br>23-00071-010EXPDATE7.5.2028,<br>23-00071-011EXPDATE7.5.2028,<br>23-00072-002EXPDATE7.5.2028,<br>23-00073-003EXPDATE7.10.2028 | 8 | 22,560.00 | 180,480.00 |
| Shipping Fee | Shipping Fee | 1 | 115.00 | 115.00 |

It's been a pleasure working with you!

| | |
|---|---|
| **Total** | **$180,595.00** |

# Invoice

**Applied Biologics, LLC**
**8444 N 90th St.**
**Ste 115**
**Scottsdale, AZ 85258**

| | |
|---|---|
| Invoice #: | 6892 |
| Date: | 9/13/2024 |
| Due Date: | 10/13/2024 |
| Terms: | Net 30 |
| P.O. Number: | Not Provided |
| Rep | PT |
| Physician | Not Reported |
| Implant Date | |
| MRN# | |
| Procedure | Not Reported |
| Ship: | 9/10/2024 |
| Via: | UPS |
| Notes: | |

**Bill To**

Accounts Payable
Mendivil Clinic for Foot and Ankle
12339 Chianti Dr
El Paso, TX 79928

**Ship To**

Mendivil Clinic for Foot and Ankle
Dr Mendivil
12339 Chianti Dr
El Paso, TX 79928

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| XWRAP-2x4cm | XWO-60204 XWRAP-2x4cm<br>Serial Numbers:<br>23-00144-023EXPDATE10.26.2028,<br>23-00144-024EXPDATE10.26.2028,<br>23-00144-025EXPDATE10.26.2028,<br>23-00144-026EXPDATE10.26.2028,<br>23-00146-026EXPDATE10.30.2028 | 5 | 22,560.00 | 112,800.00 |
| XWRAP-4x4cm | XWO-60404 XWRAP-4x4cm<br>Serial Numbers:<br>23-00154-020EXPDATE11.14.2028,<br>23-00154-021EXPDATE11.14.2028,<br>23-00154-022EXPDATE11.14.2028,<br>23-00154-023EXPDATE11.14.2028,<br>23-00155-017EXPDATE11.15.2028 | 5 | 45,120.00 | 225,600.00 |
| Shipping Fee | Shipping Fee | 1 | 30.00 | 30.00 |

It's been a pleasure working with you!

| | |
|---|---|
| Total | $338,430.00 |

# Invoice

**Applied Biologics, LLC**
**8444 N 90th St.**
**Ste 115**
**Scottsdale, AZ 85258**

| | |
|---|---|
| Invoice #: | 8428 |
| Date: | 1/17/2025 |
| Due Date: | 2/16/2025 |
| Terms: | Net 30 |
| P.O. Number: | Not Provided |
| Physician: | Not Reported |
| Implant Date: | |
| MRN#: | |
| Procedure: | Not Reported |
| Ship: | 1/16/2025 |
| Via: | UPS |
| Notes: | |

**Bill To**

Accounts Payable
Mendivil Clinic for Foot & Ankle Surgery
13472 Eastlake Blvd
Suite A
Horizon City, TX 79928

**Ship To**

Mendivil Clinic for Foot & Ankle Surgery
Hope Mendivil
13472 Eastlake Blvd
Suite A
Horizon City, TX 79928

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| XWRAP-2x4cm | XWO-60204 XWRAP-2x4cm<br>Serial Number: 24-00087-023EXPDATE5.9.2029 | 1 | 29,336.00 | 29,336.00 |
| Shipping Fee | Shipping Fee | 1 | 150.00 | 150.00 |

It's been a pleasure working with you!

| Total | $29,486.00 |
|---|---|

# Invoice

**Applied Biologics, LLC**
**8444 N 90th St.**
**Ste 115**
**Scottsdale, AZ 85258**

| | |
|---|---|
| Invoice #: | 8466 |
| Date: | 1/23/2025 |
| Due Date: | 2/22/2025 |
| Terms: | Net 30 |
| P.O. Number: | Not Provided |
| Physician: | Not Reported |
| Implant Date: | |
| MRN#: | |
| Procedure: | Not Reported |
| Ship: | 1/22/2025 |
| Via: | UPS |
| Notes: | |

**Bill To**

Accounts Payable
Mendivil Clinic for Foot and Ankle
Surgery and Regenerative Medicine
12339 Chianti Dr
El Paso, TX 79928

**Ship To**

Mendivil Clinic for Foot and Ankle
Surgery and Regenerative Medicine
Hope Mendivil
12339 Chianti Dr
El Paso, TX 79928

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| XWRAP-2x4cm | XWO-60204 XWRAP-2x4cm<br>Serial Number: 23-00091-006EXPDATE7.26.2028 | 1 | 29,336.00 | 29,336.00 |
| Shipping Fee | Shipping Fee | 1 | 50.00 | 50.00 |

It's been a pleasure working with you!

| | | |
|---|---|---|
| | Total | $29,386.00 |

# Invoice

**Applied Biologics, LLC**
**8444 N 90th St.**
**Ste 115**
**Scottsdale, AZ 85258**

| | |
|---|---|
| Invoice #: | 8577 |
| Date: | 2/6/2025 |
| Due Date: | 3/8/2025 |
| Terms: | Net 30 |
| P.O. Number: | Not Provided |
| Physician: | Not Reported |
| Implant Date: | |
| MRN#: | |
| Procedure: | Not Reported |
| Ship: | 2/5/2025 |
| Via: | UPS |
| Notes: | |

**Bill To**

Accounts Payable
Mendivil Clinic for Foot & Ankle
13472 Eastlake Blvd
Suite A
Horizon City, TX 79928

**Ship To**

Mendivil Clinic for Foot and Ankle
Surgery and Regenerative Medicine
Hope Mendivil
12339 Chianti Drive
El Paso, TX 79928

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| XWRAP-2x4cm | XWO-60204 XWRAP-2x4cm<br>Serial Number: 24-00044-019EXPDATE3.24.2029 | 1 | 29,336.00 | 29,336.00 |
| XWRAP-4x8cm | XWO-60408 XWRAP-4x8cm<br>Serial Number: 21-00067-021EXPDATE1.3.2027 | 1 | 117,344.00 | 117,344.00 |
| Shipping Fee | Shipping Fee | 1 | 50.00 | 50.00 |

It's been a pleasure working with you!

| | |
|---|---|
| **Total** | **$146,730.00** |

# Invoice

**Applied Biologics, LLC**
**8444 N 90th St.**
**Ste 115**
**Scottsdale, AZ 85258**

| | |
|---|---|
| Invoice #: | 8647 |
| Date: | 2/13/2025 |
| Due Date: | 3/15/2025 |
| Terms: | Net 30 |
| P.O. Number: | Not Provided |
| Physician: | Not Reported |
| Implant Date: | 02/14/2025 |
| MRN#: | |
| Procedure: | Not Reported |
| Ship: | 2/11/2025 |
| Via: | UPS |
| Notes: | |

**Bill To**

Accounts Payable
Mendivil Clinic for Foot & Ankle
13472 Eastlake Blvd
Suite A
Horizon City, TX 79928

**Ship To**

Mendivil Clinic for Foot and Ankle
Surgery and Regenerative Medicine
Hope Mendivil
12339 Chianti Drive
El Paso, TX 79928

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| XWRAP-4x8cm | XWO-60408 XWRAP-4x8cm<br>Serial Number: 24-00183-027EXPDATE6.12.2029 | 1 | 117,344.00 | 117,344.00 |
| Shipping Fee | Shipping Fee | 1 | 25.00 | 25.00 |

It's been a pleasure working with you!

| Total | $117,369.00 |
|---|---|

# Invoice

**Applied Biologics, LLC**
**8444 N 90th St.**
**Ste 115**
**Scottsdale, AZ 85258**

| | |
|---|---|
| Invoice #: | 8724 |
| Date: | 2/20/2025 |
| Due Date: | 3/22/2025 |
| Terms: | Net 30 |
| P.O. Number: | Not Provided |
| Physician: | Not Reported |
| Implant Date: | 02/21/2025 |
| MRN#: | |
| Procedure: | Not Reported |
| Ship: | 2/18/2025 |
| Via: | UPS |
| Notes: | |

**Bill To**

Accounts Payable
Mendivil Clinic for Foot & Ankle
13472 Eastlake Blvd
Suite A
Horizon City, TX 79928

**Ship To**

Mendivil Clinic for Foot and Ankle
Surgery and Regenerative Medicine
Hope Mendivil
12339 Chianti Drive
El Paso, TX 79928

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| XWRAP-4x8cm | XWO-60408 XWRAP-4x8cm<br>Serial Number: 24-00321-023EXPDATE7.4.2029 | 1 | 117,344.00 | 117,344.00 |
| Shipping Fee | Shipping Fee | 1 | 35.00 | 35.00 |

It's been a pleasure working with you!

| | |
|---|---|
| **Total** | **$117,379.00** |

# Invoice

**Applied Biologics, LLC**
**8444 N 90th St.**
**Ste 115**
**Scottsdale, AZ 85258**

| | |
|---|---|
| Invoice #: | 8800 |
| Date: | 2/27/2025 |
| Due Date: | 3/29/2025 |
| Terms: | Net 30 |
| P.O. Number: | Not Provided |
| Physician: | Not Reported |
| Implant Date: | 02/28/2025 |
| MRN#: | |
| Procedure: | Not Reported |
| Ship: | 2/25/2008 |
| Via: | UPS |
| Notes: | |

**Bill To**

Accounts Payable
Mendivil Clinic for Foot & Ankle Surgery
13472 Eastlake Blvd
Suite A
Horizon City, TX 79928

**Ship To**

Mendivil Clinic for Foot & Ankle Surgery
Hope Mendivil
13472 Eastlake Blvd
Suite A
Horizon City, TX 79928

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| XWRAP-4x8cm | XWO-60408 XWRAP-4x8cm<br>Serial Number: 24-00330-031EXPDATE7.3.2029 | 1 | 117,344.00 | 117,344.00 |
| Shipping Fee | Shipping Fee | 1 | 35.00 | 35.00 |

It's been a pleasure working with you!

| | Total | $117,379.00 |
|---|---|---|



DORSEY + WHITNEY LLP

MICHAEL GALEN
Partner
(602) 735-2705
galen.michael@dorsey.com

September 4, 2025

**VIA CERTIFIED MAIL AND EMAIL**

Mendivil Clinic for Foot & Ankle
Attn: Jason Max Mendivil, DPM
13472 Eastlake Blvd., Suite A
Horizon City, TX 79928
jasonmendivildpm@yahoo.com

Mendivil Clinic for Foot & Ankle Surgery
Attn: Jason Max Mendivil, DPM
13472 Eastlake Blvd., Suite A
Horizon City, TX 79928
jasonmendivildpm@yahoo.com

Re:    Applied Biologics, LLC – Demand for Payment

To Whom It May Concern:

This law firm represents Applied Biologics, LLC ("Applied Biologics") with respect to the outstanding balance Mendivil Clinic for Foot & Ankle and Mendivil Clinic for Foot & Ankle Surgery (collectively, "Mendivil Clinic") owes for shipments of the XWRAP product (the "Product" or "Products") to Mendivil Clinic. As set forth in detail below, Mendivil Clinic has failed to remit payment to Applied Biologics for the Product pursuant to the express terms of the invoices. Applied Biologics demands that Mendivil Clinic immediately pay the outstanding amount of $2,202,302.28 (the "Outstanding Balance"), comprised of $2,055,437.28 owing by Mendivil Clinic for Foot & Ankle and $146,865.00 owing by Mendivil Clinic for Foot & Ankle Surgery.

As you know, Applied Biologics shipped Product to Mendivil Clinic in response to orders from Mendivil Clinic, for which Mendivil Clinic was invoiced. Those Products have been used by Mendivil Clinic and payments were due within thirty days of Mendivil Clinic's receipt of the Product invoices. However, to date, Mendivil Clinic still owes the Outstanding Balance to Applied Biologics for the Product. Despite repeated promises to pay the Outstanding Balance, Mendivil Clinic has failed to do so.

Accordingly, demand is hereby made upon Mendivil Clinic to pay Applied Biologics the total Outstanding Balance due under the invoices by no later than **5:00 p.m. Arizona time on September 18, 2025** (the "Deadline"). To the extent Applied Biologics is required to file a lawsuit to collect the Outstanding Balance, Applied Biologics will also seek payment of all penalties, late fees, and interest associated with the Outstanding Balance, in addition to all of its attorneys' fees and costs incurred in connection therewith.

If Mendivil Clinic does not pay the entire Outstanding Balance to Applied Biologics on or before the Deadline, Applied Biologics has instructed our firm to immediately pursue its rights and remedies under applicable law, including filing a lawsuit, without further notice. Applied Biologics' pursuit of any given right or remedy will not constitute an election to pursue only that right or remedy to the exclusion of any others. Applied Biologics expressly reserves and reaffirms all

EXHIBIT 2

Mendivil Clinic for Foot & Ankle
Mendivil Clinic for Foot & Ankle Surgery
September 4, 2025
Page 2

rights, remedies, defenses, and objections, including with respect to any breaches or defaults now or hereafter in existence (whether specifically identified herein or not).

Please take notice that despite any past acceptance of late or partial payments or any actual or implied forbearance of any nature by Applied Biologics, *time is strictly and absolutely of the essence* in the payment of this obligation. If Mendivil Clinic makes partial payments towards the Outstanding Balance, those payments will, at Applied Biologics' option, be applied on account of the amounts owing under the invoices, but acceptance and application of those payments will not cure the payment defaults, impair Applied Biologics' exercise of its remedies, or constitute a waiver of any kind by Applied Biologics.

Thank you for your prompt attention to and cooperation in this matter. If you have any questions concerning this obligation, please contact me at once.

Sincerely,

DORSEY & WHITNEY LLP

Michael Galen
Partner